UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                    Case No.: 8:18-cr-99-T-17JSS

ANTONIO MARQUIS RODDY
_____/

**<u>ORDER</u>**

THIS MATTER is before the Court on Defendant's First Motion for Bail and Pretrial

Release. (Dkt. 75.)  In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a bail hearing

was held on April 16, 2018.  This Court concludes that the following facts require the detention of

Defendant, Antonio Marquis Roddy, pending further order of the Court.

Defendant is charged in an Indictment and Superseding Indictment with conspiracy and

interference with commerce by threats or violence and possession of a firearm in furtherance of a

violent crime in violation of 18 U.S.C. §§ 1951(a) and 924(c).  The Government seeks detention

on grounds that Defendant is a risk of flight and danger to the community, as well as the statutory

presumption applicable in this case.  Upon consideration, for the reasons stated on the record at

the hearing, and based on the factors under 18 U.S.C. § 3142(g), to specifically include the nature

and circumstances of the case, the weight of the evidence against Defendant, and the history and

characteristics of Defendant, the Court finds that Defendant should be detained pending the final

outcome of this case.  Specifically, the nature and circumstances of the offense involve violent and

dangerous conduct.  As proffered by the Government, the weight of the evidence against Defendant

in this case is strong.  Additionally, although Defendant has strong ties to the community,

Defendant's lack of stable employment and persistent drug use present both a risk of flight and

danger to the community.  Accordingly, it is **ORDERED** that Defendant's First Motion for Bail and Pretrial Release (Dkt. 75) is **DENIED** and Defendant be **DETAINED**.

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded a reasonable opportunity for private consultation with counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

**DONE** and **ORDERED** in Tampa, Florida, on April 16, 2018.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record