UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.　　　　　　　　　　　　　　　　CASE NO. 8:18-CR-99-T-17JSS

ANTONIO RODDY.

_____/

ORDER

This cause is before the Court *sua sponte*. Defendant Antonio Roddy has filed an Objection (Dkt. 541) to the Report and Recommendation (Dkt. 537). After consideration, the Government shall file a response to the Objection within seven days.　Accordingly, it is

**ORDERED** that the Government **shall file** its response to the Objection **within seven days**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 31st day of October, 2019.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record